**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIE BANKS, | Case No. 2:17-cv-02554-JAD-NJK |
| Plaintiff(s), | ORDER |
| v. | |
| NANCY BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant(s). | |

On October 2, 2017, the Court screened Plaintiff's complaint, finding that it failed to include a plain statement identifying the grounds on which he contends that the Social Security Administration had erred. Docket No. 3 at 4. The Court ordered Plaintiff to file an amended complaint by November 3, 2017. *Id.* The Court warned that "[f]ailure to comply with this order will result in the recommended dismissal of this case, without prejudice." *Id.* at 5. To date, neither an amended complaint nor a request for an extension have been filed.

The Court will afford Plaintiff one final opportunity to file an amended complaint. Plaintiff is **ORDERED** to file an amended complaint that provides a short and plain statement identifying the nature of his disagreement with the determination made by the Social Security Administration and showing that he is entitled to relief by **January 18, 2018.**

//

//

//

**FAILURE TO COMPLY WITH THIS ORDER WILL RESULT IN A RECOMMENDATION THAT THE CASE BE DISMISSED WITHOUT PREJUDICE.**

IT IS SO ORDERED.

DATED: January 4, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge