1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10

11   WILLIE BANKS,                          Case No.: 2:17-cv-02554-JAD-NJK

12          Plaintiff(s),                   **ORDER**

13   v.                                     (Docket Nos. 21, 22)

14   NANCY A. BERRYHILL,

15          Defendant(s).

16       Pending before the Court are Defendant's motion for access to sealed document and motion

17   to extend time to respond to Plaintiff's motion to remand. Docket Nos. 21, 22. Defendant submits

18   that she is unable to access the document filed as an exhibit to Plaintiff's motion to remand at

19   Docket No. 20-1, which is filed under seal. Docket No. 21 at 2. After the filing of the instant

20   motions, the Court was made aware by the Clerk's Office that counsel for Defendant now has

21   access to the document at issue.

22       Additionally, Defendant asks the Court for a 60-day extension to file her response to

23   Plaintiff's motion to remand. Docket No. 22; *see also* Docket No. 20. Defendant submits that she

24   requires additional time "to review the document and prepare her response" because she cannot

25   access the document attached to Plaintiff's motion to remand. Docket No. 22 at 2.

26   //

27   //

28

                                              1

1    Accordingly, the Court **DENIES** Defendant's motion for access to sealed document as
2  moot. Docket No. 21. For good cause shown, the Court **GRANTS** Defendant's motion to extend
3  time. Docket No. 22. Defendant's response to Plaintiff's motion to remand is due on or before
4  September 24, 2018.

5    IT IS SO ORDERED.

6    Dated: July 19, 2018

7                                        _____
                                         NANCY J. KOPPE
8                                        United States Magistrate Judge